

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-14-00906-CV

David **MAUK**,
Appellant

v.

**PIPE CREEK WATER WELL, LLC** and Robert Rae Powell,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00386
Honorable Richard Price, Judge Presiding

## O R D E R

On January 15, 2015, appellant filed a Motion to Stay Trial Court Proceedings. If appellees desire to file a response to the motion, they must do so <u>no later than January 26, 2015</u>. If appellees do not respond by January 26, 2015, this court will rule on appellant's motion without benefit of a response.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court